| | |
|---|---|
| 1 | **GUST ROSENFELD P.L.C.** |
| | One East Washington Street, Suite 1600 |
| 2 | Phoenix, Arizona  85004-2553 |
| | Carol M. Romano – 015988 |
| 3 | Kelli K. Williams – 022907 |
| | 602-257-7422 Telephone |
| 4 | 602-254-4878 Facsimile |
| | cromano@gustlaw.com |
| 5 | kwilliams@gustlaw.com |
| 6 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Estate of SANDRA SURPRISE, | No.: |
| Deceased, | |
| THE ESTATE OF SANDRA SURPRISE by and through RICHARD SURPRISE, Personal Representative; individually, and on behalf of SANDRA SURPRISE'S statutory beneficiaries, Anthony Surprise, Michael Surprise, Daniel Surprise, and Kristen DiPasqualucci, | **NOTICE OF REMOVAL** |
| Plaintiffs, | |
| vs. | |
| FSQ, INC., a foreign corporation, f/k/a FIVE STAR QUALITY CARE, INC., d/b/a THE FORUM AT DESERT HARBOR, licensed as FS TENANT POOL III TRUST, a foreign corporation; FIVE STAR DESERT HARBOR, LLC, a foreign limited liability company; FVE FM FINANCING, INC., a foreign corporation; JOHN DOES I-X Administrators of THE FORUM AT DESERT HARBOR; JOHN DOES XI-XX; JANE DOES I-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1441(b) and 1332(a)(1), Defendants FSQ, INC., FS Tenant Pool III Trust, Five Star Desert Harbor, LLC, and FVE FM Financing, Inc., ("Defendants"), by and through undersigned counsel, hereby remove the above-captioned action from the Superior Court of the State of Arizona in and for the County of Maricopa, in which it is currently pending, to the United States District Court for the District of Arizona. Removal is proper for the following reasons:

1. The action was filed in the Superior Court of the State of Arizona in and for the County of Maricopa on August 13, 2015.

### **Diversity**

2. Defendants are informed and believe that Plaintiff and Personal Representative Richard Surprise is a resident of Arizona. *See* Plaintiff's Application for Informal Appointment of Personal Representative at ¶ 4(a), attached as Exhibit "1."

3. Defendants are informed and believe that Plaintiff Michael Anthony Surprise is a resident of Arizona. *See* Plaintiff's Application for Informal Appointment of Personal Representative at ¶ 4(b), attached as Exhibit "1."

4. Defendants are informed and believe that Plaintiff Kristen Dipasqualucci is a resident of Arizona. *See* Plaintiff's Application for Informal Appointment of Personal Representative at ¶ 4(c), attached as Exhibit "1."

5. Defendants are informed and believe that Plaintiff Daniel Jason Surprise is a resident of Arizona. *See* Plaintiff's Application for Informal Appointment of Personal Representative at ¶ 4(d), attached as Exhibit "1."

6. Defendant FSQ, Inc. is a Delaware corporation with its principal place of business in Massachusetts.

7. Defendant FS Tenant Pool III Trust is a Maryland corporation with a principal place of business in Massachusetts.

8. Defendant Five Star Desert Harbor, LLC is a limited liability corporation and each of its members are citizens of Massachusetts.

9. Defendant FVE FM Financing, Inc. is a Maryland corporation with a principal place of business in Massachusetts.

10. Originally, the state court action was filed in Maricopa County Superior Court (No. PB 2014-001082).

**Amount in Controversy**

11. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), and is properly removed to this Court pursuant to 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

**Timeliness of Notice**

12. This notice is timely filed 28 U.S.C. §1441(b)(1) within thirty days after the receipt of Plaintiffs' Complaint and/or service of summons. The Complaint in this action was filed on August 13, 2015 (along with initial required pleadings), attached as Exhibit "2" to this Notice.

13. The Defendants were served with the Summons and Complaint on August 14, 2015, attached as Exhibit "3."

14. Written notification of the filing of this notice will be served on Plaintiffs and filed with the Clerk of the Maricopa County, Arizona, Superior Court as required by 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Removed Action is attached as Exhibit "4."

///
///
///
///
///
///
///

WHEREFORE, Defendants respectfully request that the action now pending against it in the Superior Court of the State of Arizona in and for the County of Maricopa be removed to this Court and that further proceedings in this action be conducted in this court as provided by law.

RESPECTFULLY SUBMITTED this  1ST  day of September, 2015.

GUST ROSENFELD P.L.C.

By /s/ Kelli K. Williams
  Carol M. Romano
  Kelli K. Williams
  *Attorneys for Defendant Five Star Tucson Forum, LLC*

ORIGINAL e-filed and copies mailed September 1, 2015, to:

Gabriel Kory
Teri Rowe
MILLER WEBER KORY, LLP
506 East Portland Street
Phoenix, Arizona 85004
*Attorneys for Plaintiffs*

By    /s/ C. Roundtree