*EXHIBIT 16*

**SCOTT & SKELLY, L.L.C.**
1313 E. Osborn Road, Suite 120
Phoenix, AZ 85014
602-277-8228

Tax ID No. 43-1967078

Jeffrey B. Miller
Miller Weber Kory
506 E. Portland Street
Phoenix, AZ 85004

July 03, 2012
Client No. 33090.824-CMS
Invoice No. 20981
Simmons v. Havasu Nursing
Arbitration

Please Return Top Portion of Statement With Remittance

Professional Services at $475/hour

|  |  | Hours | Amount |
|---|---|---|---|
| 9/1/2011 | Read, sign and return proposed order; letter to counsel | 0.20 | 95.00 |
| 9/15/2011 | Read stipulation and review file and sign and return order; letter to counsel | 0.10 | 47.50 |
| 1/3/2012 | Read stipulation and sign and return copies of order | 0.10 | 47.50 |
| 5/10/2012 | Read motion papers; prepare for oral argument on Wednesday | 1.00 | 475.00 |
| 5/16/2012 | Prepare for and conduct telephonic hearing; draft order regarding non-party at fault designation | 1.00 | 475.00 |
| | Total Fee | 2.40 | $1,140.00 |
| | Your share (50.00%) | 1.20 | $570.00 |

Additional Charges :

| | Amount |
|---|---:|
| 5/16/2012 Telephonic oral argument charges | 2.94 |
| Total cost | $2.94 |
| Your share (50.00%) | $1.47 |
| Total amount of your share of this bill | $571.47 |
| You are responsible for this amount | $571.47 |

SCOTT & SKELLY, L.L.C.
1313 E. Osborn Road, Suite 120
Phoenix, AZ 85014
602-277-8228

Tax ID No. 43-1967078

Jeffrey B. Miller
Miller Weber Kory
506 E. Portland Street
Phoenix, AZ 85004

July 26, 2012
Client No.   43086.2054-SHS
Invoice No.   21049
Simmons v. Havasu Nursing
Mediation

Please Return Top Portion of Statement With Remittance

Professional Services at $475/hour

|  |  | Hours | Amount |
|---|---|---|---|
| 6/13/2012 | Open file and schedule mediation | 0.50 | 237.50 |
| 7/24/2012 | Prepare for mediation | 3.20 | 1,520.00 |
| 7/26/2012 | Final preparation and conduct mediation | 2.40 | 1,140.00 |
| | Total Fee | 6.10 | $2,897.50 |
| | Your share (50.00%) | 3.05 | $1,448.75 |
| | You are responsible for this amount | | $1,448.75 |

SCOTT & SKELLY, L.L.C.
1313 E. Osborn Road, Suite 120
Phoenix, AZ 85014
602-277-8228

Tax ID No. 43-1967078

Gabriel V. Kory
Miller Weber Kory
506 E. Portland Street
Phoenix, AZ 85004

December 19, 2012
Client No.   33090.824-CMS
Invoice No.   21404
Simmons v. Havasu Nursing
Arbitration

Please Return Top Portion of Statement With Remittance

Professional Services at $475/hour

|  | Hours | Amount |
|---|---|---|
| 12/18/2012 Read motion papers regarding fees and costs; review file; prepare for hearing tomorrow | 1.50 | 712.50 |
| 12/19/2012 Telephonic oral argument regarding fees and costs; read several case authorities cited in the papers; review file; rule on fee and cost requests | 2.00 | 950.00 |
| Total Fee | 3.50 | $1,662.50 |
| Your share (50.00%) | 1.75 | $831.25 |
| You are responsible for this amount |  | $831.25 |

**SCOTT & SKELLY, L.L.C.**
1313 E. Osborn Road, Suite 120
Phoenix, AZ 85014
602-277-8228

Tax ID No. 43-1967078

Gabriel V. Kory
Miller Weber Kory
506 E. Portland Street
Phoenix, AZ 85004

December 04, 2012
Client No. 33090.824-CMS
Invoice No. 21355
Simmons v. Havasu Nursing
Arbitration

Please Return Top Portion of Statement With Remittance

Professional Services at $475/hour

| | | Hours | Amount |
|---|---|---|---|
| 8/10/2012 | Read stipulation and sign and return order | 0.10 | 47.50 |
| 9/6/2012 | Read stipulation; read, sign and return order | 0.10 | 47.50 |
| 9/21/2012 | Read motion papers; e-mail correspondence with counsel regarding oral argument | 0.40 | 190.00 |
| 10/3/2012 | Prepare for and conduct hearing; e-mail to counsel regarding scheduling, etc. | 1.00 | 475.00 |
| 10/21/2012 | Read motion papers and prepare for hearing on Thursday | 0.80 | 380.00 |
| 10/23/2012 | Read reply; prepare for hearing on Thursday | 0.50 | 237.50 |
| 10/24/2012 | Read Plaintiffs' Notice of Lodging of Authority and the Gurule and Volz cases | 0.40 | 190.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/25/2012 | Prepare for and conduct hearing; rule on motion | 1.00 | 475.00 |
| 10/29/2012 | e-mail correspondence with counsel regarding deposition testimony and scheduling and read motion and response and rule on motion for reconsideration; read motions *in limine* | 1.50 | 712.50 |
| 11/2/2012 | Read motion *in limine* papers; prepare for hearing on Monday | 1.30 | 617.50 |
| 11/4/2012 | Read arbitration memos and motion papers and prepare for hearing tomorrow | 1.20 | 570.00 |
| 11/5/2012 | Prepare for and conduct hearing and travel to Lake Havasu City | 11.50 | 5,462.50 |
| 11/6/2012 | Conduct hearing in Lake Havasu City; return to Phoenix | 5.50 | 2,612.50 |
| 11/7/2012 | Read selected exhibits; conduct hearing; read deposition transcripts and other exhibits | 11.50 | 5,462.50 |
| 11/11/2012 | Read deposition transcripts | 3.00 | 1,425.00 |
| 11/12/2012 | Read deposition transcripts | 0.70 | 332.50 |
| 11/15/2012 | Finish reading deposition transcripts and exhibits; prepare and finalize Notice of Decision; read e-mail correspondence from counsel | 5.40 | 2,565.00 |

| | Hours | Amount |
|---|---|---|
| Total Fee | 45.90 | $21,802.50 |
| Your share (50.00%) | 22.95 | $10,901.25 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 10/3/2012 | Telephonic scheduling conference charges | 11.46 |
| 10/25/2012 | Telephonic oral argument charges | 9.09 |
| 11/5/2012 | Hotel expense | 110.66 |

| | Amount |
|---|---|
| Total cost | $131.21 |
| Your share (50.00%) | $65.61 |

|  | Amount |
|---|---|
| Total amount of your share of this bill | $10,966.86 |
| You are responsible for this amount | $10,966.86 |

SCOTT & SKELLY, L.L.C.
1313 E. Osborn Road, Suite 120
Phoenix, AZ 85014
602-277-8228

Tax ID No. 43-1967078

Gabriel V. Kory
Miller Weber Kory
506 E. Portland Street
Phoenix, AZ 85004

February 05, 2013
Client No.   33090.824-CMS
Invoice No.   21474
Simmons v. Havasu Nursing
Arbitration

Please Return Top Portion of Statement With Remittance

Professional Services at $475/hour

|  | Hours | Amount |
|---|---|---|
| 1/17/2013 Read motion for clarification | 0.10 | 47.50 |
| 1/18/2013 Read response and reply | 0.20 | 95.00 |
| 1/23/2013 Read motion papers, review file and rule on motion for clarification | 2.50 | 1,187.50 |
| Total Fee | 2.80 | $1,330.00 |
| Your share (50.00%) | 1.40 | $665.00 |
| You are responsible for this amount |  | $665.00 |